| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Middlebrooks, Donald M | 2. Court or Organization U.S.D.C.-S.D. FLA (WPB) | 3. Date of Report 7/15/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Ct. Judge-Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address 701 Clematis Street, Room 257 West Palm Beach, FL 33401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Partner (225% Interest) | Lake Lucy Groves (Citrus Grove owned with ███████) |

# II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 JUL 15 A 11:0? FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M | 7/15/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Lake Lucy Groves (Reported under VII | 0.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Palm Beach County School Board - Salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M - | 7/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Lake Lucy Groves, Lake County, Florida - Appraised 10/1/92 | | None | N | Q | | | | | See Section VIII |
| 2. Coca Cola Common Stock | B | Dividend | N | T | | | | | - |
| 3. Berkshire Hathaway Common Stock A | | None | O | T | | | | | |
| 4. Berkshire Hathaway Common Stock B | | None | K | T | Partial Sale | 11/17 | J | | |
| 5. Merck & Company Common Stock | B | Dividend | L | T | Buy | 8/07 | J | | |
| 6. | C | Distribution | J | T | | | - | | See item # 34 |
| 7. Intel Corp. Common Stock | A | Dividend | K | T | | | | | |
| 8. Exxon Corp. Common Stock | B | Dividend | L | T | Buy | 4/21 | K | | |
| 9. | | | - | - | Buy | 8/7 | J | | |
| 10. AIM Charter Fund | A | Dividend | | | Sell | 11/17 | J | | |
| 11. Cisco Sys. Inc. Common Stock | | None | | | Sell | 11/10 | K | D | |
| 12. Wachovia Common Stock (formerly First Union) | C | Dividend | L | T | | | | | |
| 13. Corning Corp. Common Stock | | None | J | T | Sell | 11/10 | J | C | |
| 14. Microsoft Corp. Common Stock | A | Dividend | L | T | Buy | 8/7 | J | C | |
| 15. Davis N.Y. Venture Fund Class C | C | Dividend | K | T | | | | | |
| 16. U.S. Treasury Notes | C | Interest | L | T | | | | | |
| 17. Federal Home Loan Bank | E | Interest | N | T | Buy | 7/17 | L | | |
| 18. | | | | | Redemption | 3/19 | L | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M | 7/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. | | | | | Redemption | 7/17 | L | | |
| 20. Federal Nat. Mtg. Ass'n Med. Term Notes | C | Interest | L | T | | | | | |
| 21. Federal Farm Credit Bonds | C | Interest | L | T | | | | | See Section VIII |
| 22. .2279279% Int. in 300+ Acres in Airport Ind. Pk. Orlando, | | None | K | Q | | | | | See Section VIII |
| 23. Northern Trust Checking Acct | A | Interest | J | T | | | | | |
| 24. Northern Trust Money Fund | A | Interest | J | T | | | | | |
| 25. Holwood, Inc. | | None | K | W | | | | | See Section VIII |
| 26. Toyota Motor Corp. ADR | | | | | Sell | 11/10 | K | D | |
| 27. Johnson & Johnson Common | A | Dividend | L | T | Buy | 2/4 | K | | |
| 28. | | | | | Buy | 5/19 | K | | |
| 29. | | | | | Buy | 7/21 | K | | |
| 30. | | | | | Buy | 10/27 | K | | |
| 31. Check Free Corp. Common Stock | | | | | Sell | 5/23 | K | B | |
| 32. Level 3 Communication Senior Notes | | None | J | T | | | | | |
| 33. Citibank, N.A. Bank Deposit Program (Cash) | A | Interest | K | T | | | | | |
| 34. Medco Health Sol. Common Stock | | None | J | | see note | 8/25 | | | Received as distribution by |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Item Number

1. Appraisal Date 10/1/92

21. These bonds were inadvertently omitted from last year's disclosure. They were acquired on December 16, 2002 at a purchase price of value "L."

22. Appraisal Date 8/6/94

25. Previously disclosed shares in family corp given to spouse by parent. Timberland in Crawfordville, GA sole asset of corp.

34. Medco shares were received as a form of distribution from Merck & Company on 8/25.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____          Date____ 7/8/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544